IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00871-PAB-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

INDULGENCES, INC., a Colorado corporation, d/b/a Indulgences Day Spa, and HIGHLAND PARTNERS GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate the Scheduling Conference and Related Deadlines Pending Resolution of Defendant's Motion to Dismiss** [docket no. 14, filed June 7, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Scheduling Conference set for **July 31, 2012, at 8:30 a.m., Mountain Daylight Time**, will go forward as originally set.

DATED: June 11, 2012