IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00871-PAB-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

INDULGENCES, INC., a Colorado corporation, d/b/a Indulgences Day Spa, and
HIGHLAND PARTNERS GROUP, LLC, a Colorado limited liability company,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** [docket no. 26, filed August 23, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Paula Greisen is granted leave to withdraw from the representation of defendant and is to be removed from the electronic service.

DATED:  August 24, 2012