IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00871-PAB-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

INDULGENCES, INC., a Colorado corporation, d/b/a Indulgences Day Spa, and
HIGHLAND PARTNERS GROUP, LLC, a Colorado limited liability company,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) **Plaintiff's Motion to Compel Mediation** [Doc. # 23, filed 8/2/2012] (the "Motion") is GRANTED as unopposed;

(2) On or before **September 13, 2012**, the parties shall submit confidential settlement statements, to my chambers only, outlining the facts and issues in the case and containing specific offers of compromise, including a dollar amount the clients will accept or pay in settlement and any other essential terms of a settlement; and

(3) The hearing on the Motion set for September 24, 2012, is VACATED.

DATED: August 30, 2012