IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00871-PAB-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

INDULGENCES, INC., a Colorado corporation, d/b/a Indulgences Day Spa, and
HIGHLAND PARTNERS GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**
_____

By an minute order [Doc. # 30], I granted the Plaintiff's Motion to Compel Mediation as unopposed and ordered the parties to submit confidential settlement statements in anticipation of a settlement conference. I have reviewed those confidential statements, and it is obvious that a settlement conference at this time would be futile and a waste of resources.

IT IS ORDERED:

(1)   The minute order [Doc. # 30] is VACATED; and

(2)   **Plaintiff's Motion to Compel Mediation** [Doc. # 30] is DENIED.

Dated September 21, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge